```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SUZANNE K. SAYER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3020 |
| | ) | |
| v. | ) | |
| | ) | |
| OVERHEAD DOOR CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion for continuance is granted and the Rule 26 telephone planning conference is continued to June 9, 2005 at 11:30 a.m. Plaintiff's counsel shall place the call.

DATED this 27th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge